IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OCTAVIUS LAMONT JOHNSON,

    Plaintiff,

vs.                                  CASE NO. 5:07cv102/RS

FRED VANBUREN,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim.

3. The clerk is directed to close the file.

ORDERED on August 1, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**